DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHELLEY ELLIOTT,** n/k/a **SHELLEY TRACY,**
Appellant,

v.

**MALCOLM J. ELLIOTT,**
Appellee.

No. 4D2026-0383

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan F. Greenhawt, Senior Judge; L.T. Case No. 062013DR000970AXXXCE.

Shelley Elliott, Fort Lauderdale, pro se.

Terrence Patrick O'Connor of Morgan, Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***